for the Second Circuit denied.    *Mr. W. Bourke Cockran* for the petitioner.    *The Solicitor General* for the respondent.

---

No. 1011. FRANK T. WELLS, PETITIONER, *v.* THE UNITED STATES; No. 1012. RUFUS J. IRELAND, PETITIONER, *v.* THE UNITED STATES; No. 1013. WILBERFORCE SULLY, PETITIONER, *v.* THE UNITED STATES; and No. 1014. GEORGE W. DALLY, PETITIONER, *v.* THE UNITED STATES. June 10, 1912. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John C. Spooner* and *Mr. Joseph P. Cotton, Jr.*, for the petitioners. No appearance for the respondent.

---

No. 1156. ÆTNA LIFE INSURANCE COMPANY, OF HARTFORD, CONN., PETITIONER, *v.* BENJAMIN LUCAS OUTLAW. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Levi H. David* for the petitioner. No appearance for the respondent.

---

No. 1157. THE ORDER OF ST. BENEDICT OF NEW JERSEY, PETITIONER, *v.* ALBERT STEINHAUSER, INDIVIDUALLY, ETC. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frank W. Arnold* and *Mr. J. Warren Greene* for the petitioner. No appearance for the respondent.

---

No. 1169. WILLIAM M. McCOACH, COLLECTOR, ETC., PETITIONER, *v.* THE MINEHILL & SCHUYLKILL HAVEN